Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 5/10/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KARI ROBERTS,<br><br>      Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>      Defendants. | Federal Case No.: 5:16-CV-00554-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CITIGROUP, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Kari Roberts, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Citigroup, Inc. as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

   (1) By the Plaintiff

      (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

         applicable federal statute, the plaintiff may dismiss an action without a court

         order by filing:

            (1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Citigroup, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it, with prejudice, for all purposes and without an Order of the Court.

Dated: May 5, 2016                                Sagaria Law, P.C.

By: _____/s/ Elliot W. Gale_____
Elliot W. Gale
Attorneys for Plaintiff
Kari Roberts