1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   JULIETA STEPANYAN (State Bar No. 280691)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone:  310-556-5800
   Facsimile:   310-556-5959
5  Email:       lacalendar@stroock.com

6  Attorneys for Defendant
     Chase Bank USA, N.A., erroneously sued as
7    JPMorgan Chase Bank

8  SAGARIA LAW, P.C.
   Scott J. Sagaria (SBN 217981)
9  Elliot W. Gale (SBN 263326)
   Joe Angelo (SBN 268542)
10 2033 Gateway Place, 5th Floor
   San Jose, CA 95110
11 Telephone:    408-279-2288
   Facsimile:    408-279-2299
12
   Attorneys for Plaintiff
13   Kari Roberts

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 5/20/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARI ROBERTS,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; JPMORGAN CHASE BANK; CITIGROUP, INC.; TD BANK USA, NATIONAL ASSOCIATION; WELLS FARGO CARD SERVICES, INC.; US BANCORP and DOES 1 through 100 inclusive<br><br>    Defendants. | Case No. 5:16-cv-00554-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984565

**TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only. Each party shall bear its own attorneys' fees and costs.

Dated: May 16, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE ANGELO

By: /s/ Elliot Gale
Elliot Gale

Attorneys for Plaintiff
Kari Roberts

Dated: May 17, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: /s/ Stephen J. Newman
Stephen J. Newman

Attorneys for Defendant
Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2016, copies of the foregoing **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: _____/s/ Stephen J. Newman_____
        Stephen J. Newman

LA 51984565