MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Card Services, Inc.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

| | |
|---|---|
| KARI ROBERTS,<br><br>     Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; JPMorgan Chase Bank; Citigroup, Inc.; TD Bank USA, National Association; Wells Fargo Card Services, Inc.; U.S. Bancorp and DOES 1 through 100 inclusive,<br><br>     Defendants. | Case No. 5:16-cv-00554-EJD<br>Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Action Filed:  February 2, 2016<br>Trial Date:      None Set |

1   PLEASE TAKE NOTICE THAT Plaintiff Kari Roberts ("Plaintiff") and Defendant Wells
2   Fargo Bank, N.A.(erroneously sued as "Wells Fargo Card Services, Inc.") ("Wells Fargo")
3   (collectively the "parties") have reached an agreement on all material terms required to settle this
4   matter and are in the process of documenting said settlement.
5   The parties anticipate that the performance of the terms of the settlement agreement will be
6   completed within sixty (60) days of the date of this notice, at which time Plaintiff shall file a
7   Stipulation for Dismissal of Wells Fargo.
8   All other signatories listed, and on whose behalf the filing is submitted, concur in the
9   filing's content and have authorized the filing.

DATED:  June 9, 2016            SEVERSON & WERSON
                                A Professional Corporation

                                By:   */s/ Courtney C. Wenrick*
                                         Courtney C. Wenrick

                                Attorneys for Defendant
                                WELLS FARGO BANK, N.A. (erroneously sued as
                                Wells Fargo Card Services, Inc.)

DATED:  June 9, 2016            SAGARIA LAW, P.C.

                                By:   */s/ Elliot Gale*
                                         Elliot Gale

                                Attorneys for Plaintiff
                                KARI ROBERTS

07685.1605/7908970.1                                            5:16-cv-00554-EJD
                                                            NOTICE OF SETTLEMENT