SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KARI ROBERTS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-00554-EJD <br><br> STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Kari Roberts and defendant U.S. Bancorp, that U.S. Bancorp be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; PROPOSED ORDER - 1

DATED: June 28, 2016       Sagaria Law, P.C.

                           By: */s/ Elliot W. Gale*
                                  Elliot W. Gale
                           Attorneys for Plaintiff
                           Kari Roberts

DATED: June 28, 2016       Bryan Cave LLP


                           By: */s/ Alexandra Whitworth*
                                  Alexandra Whitworth
                           Attorneys for Defendant
                           U.S. Bancorp

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alexandra Whitworth has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant U.S. Bancorp is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____          _____
                              Edward J. Davila
                              UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; PROPOSED ORDER - 2