Case 5:16-cv-00554-EJD   Document 71   Filed 06/29/16   Page 1 of 2

SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KARI ROBERTS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-00554-EJD <br><br> STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Kari Roberts and defendant U.S. Bancorp, that U.S. Bancorp be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; ~~PROPOSED~~ ORDER - 1

DATED: June 28, 2016          Sagaria Law, P.C.

                              By: ___/s/ Elliot W. Gale___
                                        Elliot W. Gale
                              Attorneys for Plaintiff
                              Kari Roberts

DATED: June 28, 2016          Bryan Cave LLP


                              By: ___/s/ Alexandra Whitworth___
                                       Alexandra Whitworth
                              Attorneys for Defendant
                              U.S. Bancorp

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alexandra Whitworth has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

  Pursuant to the stipulation of the Parties, Defendant U.S. Bancorp is dismissed with prejudice.

  IT IS SO ORDERED.


DATED: 6/29/2016              _____
                              Edward J. Davila
                              UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT U.S. BANCORP; PROPOSED ORDER - 2